Cite as: 549 U. S. ____ (2007)    1

Statement of STEVENS, J.

# SUPREME COURT OF THE UNITED STATES

## RONNIE JOSEPH *v.* UNITED STATES

ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED
STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06–5590.   Decided January 16, 2007

The petition for a writ of certiorari is denied.

Statement of JUSTICE STEVENS respecting the denial of
the petition for writ of certiorari.

In *Dickerson* v. *United States,* 530 U. S. 428 (2000), we
held that the first sentence of 18 U. S. C. §3501(a) is un-
constitutional.  In this case the Court of Appeals affirmed
the District Court's rejection of the petitioner's request for
an instruction relating to the voluntariness of her confes-
sion—an instruction that the third sentence of §3501(a)
requires.  The Court of Appeals reasoned that *Dickerson*
had invalidated all of §3501 and not just the first sen-
tence.  As the Solicitor General concedes, that holding was
erroneous.  While I am persuaded that the arguably harm-
less character of the trial judge's error provides a proper
reason for denying the petition for certiorari, I think it
important to note that our denial does not endorse the
incorrect reasoning in the opinion of the Court of Appeals.